AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **CRIMINAL COMPLAINT** |
| **MARCOS CUNHA OLIVEIRA** | CASE NUMBER: 04-MOOO55-LPC |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 2, 2001__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

did willfully, knowingly, and with intent to deceive, use a Social Security Account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the Defendant and other person on the Defendant's behalf, to apply for and to obtain a Massachusetts driver's license

in violation of Title __42__, United States Code, Section(s) __408(a)(7)(A)__ ;

I further state that I am a(n) __Special Agent, Social Security Administration__ and that this complaint is based on the following facts:
                                       Official Title

    **See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant
**Vance Ely**

Sworn to before me and subscribed in my presence,

**Special Agent, Social Security Administration**
**United States Department of the Treasury**

__August 31, 2004__ at __Boston, Massachusetts__
Date                                                                            City and State

HON. Lawrence P. Cohen,   United States Magistrate Judge   _____
Name & Title of Judicial Officer                                                Signature of Judicial Officer

## AFFIDAVIT

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. 301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears

a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging MARCOS CUNHA OLIVEIRA with social security account number fraud in violation of 42 U.S.C. Section 408(a)(7)(A)[1].

5. OLIVEIRA is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, the defendant is not present legally in the United States.

6. As an alien illegally present in the United States, the Defendant is not entitled to receive a Social Security Account number card.

7. On October 2, 2001, Defendant applied for a social security account number card. Defendant falsely represented on the application, known as an SS-5, that he was then a legal alien allowed to work in the United States, knowing that, in truth and in fact, Defendant

---

[1] 42 U.S.C. §408(a)(7)(A) reads in pertinent part:
Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose-(A) willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime.]

2

was not then a legal alien allowed to work in the United States. [2]

8. As a result of providing false information, Defendant received social security account number 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.

9. The Massachusetts Registry of Motor Vehicles ("RMV") requires that an individual applying for a driver's license present proof of identification such as a valid social security account number.

10. On February 11, 2002, OLIVEIRA applied for a Massachusetts driver's license. On the application, OLIVEIRA used the SSN he fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to OLIVEIRA.

Based upon the foregoing information, I believe there is probable cause to believe that on February 11, 2002, OLIVEIRA did willfully, knowingly, and with intent to deceive, use a Social security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the defendant and other persons on the defendant's behalf, to apply for and to obtain a Massachusetts driver's license in violation of Title 42, United States Code, Section 408(a)(7)(A).

---

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April of 2000 until December of 2002. *See* Ind. 02-10405-GAO.

(Affidavit in Support of Criminal Complaint - MARCOS CUNHA OLIVEIRA - continued)

_____
Vance Ely
Special Agent
United States Social Security Administration
Office of Inspector General


Subscribed and sworn to before me this 31 st day of August, 2004

_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** SOC. SEC./BICE

**City** Reading  **Related Case Information:**

**County** Middlesex  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MARCOS CUNHA OLIVEIRA  Juvenile  ☐ Yes  ☒ No

Alias Name  unknown

Address  167 Kennedy Drive, #302, Malden, MA  02148

Birth date: 1978  SS#: 6195  Sex: M  Race: Hispanic  Nationality: Brazilian

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Paul R. Moore  Bar Number if applicable  632312

Interpreter:  ☒ Yes  ☐ No  List language and/or dialect:  Portugese

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date:  August 31, 2004

☒ Already in Federal Custody as  detainee  in  BICE custody  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☒ Complaint  ☐ Information  ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 31, 2004  **Signature of AUSA:** _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     MARCOS CUNHA OLIVEIRA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  42 U.S.C. § 408(a)(7)(A) | Social Security Account Number Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**     MARCOS CUNHA OLIVEIRA

**ADDITIONAL INFORMATION:** _____

js45 - Social Sec. Fraud - Oliveira.wpd - 3/13/02